UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-20400-BLOOM/Louis

**VICTOR ARIZA**,

    Plaintiff,

vs.

**BIG BOX FURNITURE COMPANY,**
**a Florida for-profit corporation**

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff VICTOR ARIZA and Defendant BIG BOX FURNITURE COMPANY, by and through their respective undersigned counsel, hereby provides notice that the parties have reached a settlement in in the case.  Accordingly, The Parties hereby request thirty (30) days to finalize the settlement documents and submit a Joint Stipulation for Dismissal with Prejudice.

    DATED:  March 24, 2020.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 8751 W. Broward Blvd., Suite 303 | 4640 N.W. 7th Street |
| Plantation, FL 33324 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By___*s/ Roderick V. Hannah*_____ | By ___*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

2

**MARK A. GOLDSTEIN, ESQ.**
Counsel for Defendant
1835 NE Miami Gardens Drive, Suite 211
Miami, FL  33179
(305) 342-4839
markgoldsteinattorney@gmail.com

By: *s/ Mark Goldstein*
    MARK GOLDSTEIN
    Florida Bar No. 882186