UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-20400-BLOOM/Louis

VICTOR ARIZA,

    Plaintiff,

v.

BIG BOX FURNITURE COMPANY,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Joint Notice of Settlement, ECF No. [25], filed on **March 24, 2020**, that indicates that the parties have reached a settlement of the claims asserted in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a settlement agreement for the Court's consideration and/or appropriate dismissal documentation.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED** as moot, and all deadlines are **TERMINATED**.

Case No. 1:20-cv-20400-BLOOM/Louis

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 24, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record